UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PATRICIO CORPORAN, | ) | CASE NO. 4:08CV2389 |
| | ) | |
| Petitioner | ) | JUDGE KATHLEEN M. O'MALLEY |
| | ) | |
| -vs- | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Respondents. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. §2243. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

                                                          s/ Kathleen M. O'Malley
                                                          KATHLEEN M. O'MALLEY
                                                          UNITED STATES DISTRICT JUDGE

DATED: December 18, 2008